SHORT et al. *v.* NESS PRODUCE CO.

No: 779.   Decided January 16, 1967.

*Robert Y. Thornton,* Attorney General of Oregon, and *Harold E. Burke* and *Don Parker,* Assistant Attorneys General, for appellants.

*J. Bradley Colburn* and *Theodore B. Jensen* for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted and the case set for oral argument.